UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | No. 2:21-cv-2343-TLN-CKD |
| Plaintiff, | |
| v. | ORDER TO FILE STATUS REPORT |
| JOHN DOE subscriber assigned IP address 73.48.197.246 | |
| Defendant. | |

On February 16, 2022, plaintiff filed a status report (ECF No. 5) in accordance with the terms of this court's January 4, 2022 order. (ECF No. 4.) The statements therein having been considered, IT IS HEREBY ORDERED THAT within 45 days from the date of this order, plaintiff shall file a further status report that includes the information set forth in the courts January 4, 2022 order.

Dated: February 23, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Strike3.2343.furtherstatus

1